

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00003-CR

JOCELYN HERNANDEZ          APPELLANT

V.

THE STATE OF TEXAS          STATE

----------

## FROM THE 97TH DISTRICT COURT OF MONTAGUE COUNTY
## TRIAL COURT NO. 2015-0127M-CR

----------

## MEMORANDUM OPINION[1]

----------

Appellant Jocelyn Hernandez attempts to appeal from her conviction for aggravated assault.[2] Hernandez pleaded guilty pursuant to a plea bargain, and

---

[1]*See* Tex. R. App. P. 47.4.

[2]The trial court's original judgment incorrectly stated that Hernandez was convicted of aggravated assault with a deadly weapon. The trial court subsequently granted Hernandez's "Motion To Modify, Correct, Or Reform Judgment" and ordered that the original judgment be reformed to strike out the language "with a deadly weapon."

in accordance with the plea bargain, the trial court sentenced her to two years' confinement. The trial court's certification of her right to appeal states that this case "is a plea bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On January 8, 2016, we notified Hernandez that this appeal could be dismissed based on the trial court's certification unless she or any party desiring to continue the appeal filed a response on or before January 19, 2016, showing grounds for continuing the appeal.[3] *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: March 3, 2016

---

[3]That same day, we also notified Hernandez that it appeared we lacked jurisdiction over this appeal because her notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a).

2